UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: **2:18-cv-07788-AB-PD**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** |

The Court **APPROVES** the parties' stipulation for entry of an Order resolvoing Plaintiff's claim for attorney's fees, costs and expenses and **ORDERS:**

(1) Defendant shall pay Plaintiff $3,169.26 in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Defendant shall pay the sum of $3,169.26 to Plaintiff within 60 days unless matters outside of the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
Hon. André Birotte Jr.
U.S. District Court Judge

-1-